UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>                        Plaintiff,   )<br>                                                    )<br>v.                                                 )    Case No.  12-10111-01-JTM<br>                                                    )<br>PAUL MARK ELY, II,                   )<br>                                                    )<br>                        Defendant.  )<br>_____)  | |

### NUNC PRO TUNC ORDER OF DETENTION PENDING TRIAL

On May 9, 2012 a detention hearing was conducted in accordance with the Bail Reform Act, 18 U.S.C. §3142(f).  The Government appeared by and through Deborah Barnett, Assistant United States Attorney.  The Defendant, Paul Mark Ely, II, appeared in person and through appointed counsel, Steven Gradert, Assistant Federal Defender.

The Government requested a detention hearing because of risk of flight and the safety of the community pursuant to 18 U.S.C. § 3142(f)(1)(E).  The Defendant argues that there are conditions of release which can be imposed by the Court that will allow Defendant to be released on bond.

The Court has heard and considered proffers from both parties.

The Government's motion for detention is **GRANTED**.  The following findings require the Detention of the Defendant pending trial in this case:

1.       The nature of the charged offenses are serious and carry substantial potential penalties.  The present alleged offense involves multiple firearms and raises significant concerns about the safety of the community if the Defendant is released.

2.       The weight of the evidence against the Defendant is substantial.

3. The Defendant has a very significant criminal history including convictions for crimes of violence, firearms and drugs. Significantly, the Defendant has a long history of noncompliance with court orders for probation and parole, and of absconding from supervision. The proffered evidence is that the Defendant made a substantial effort to evade apprehension for the present offense.

4. The Court has considered available options, and finds by a preponderance of the evidence that there are no conditions or combination of conditions that may assure the Defendant's presence for future proceedings in this matter, and by clear and convincing evidence that the Defendant is a danger to the community.

5. The Court has considered and adopted the recommendations contained in the Pretrial Services Report.

Defendant is advised of his right to seek a review and appeal of this order of release pursuant to 18 U.S.C. § 3145(b).

IT IS THEREFORE ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated at Wichita, Kansas, this 9th day of May, 2012.

        s/ KENNETH G. GALE
        KENNETH G. GALE
        United States Magistrate Judge

Dated at Wichita, Kansas, this 9th day of May, 2012.

      s/ KENNETH G. GALE
      KENNETH G. GALE
      United States Magistrate Judge