IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    Plaintiff,    )<br>    )<br>vs.    )<br>    )<br>PAUL MARK ELY, II,    )<br>    Defendant.    )<br>    ) | Case No. 12-10111-01 JTM |

## MOTION TO REVIEW NUNC PRO TUNC ORDER
## OF DETENTION PENDING TRIAL

COMES NOW the defendant, Paul Mark Ely, II, by and through his attorney, Steven K. Gradert, Assistant Federal Public Defender for the District of Kansas, and moves this Court for a review of the Nunc Pro Tunc Order Of Detention Pending Trial (Doc. 12) of United States Magistrate Kenneth G. Gale, entered on May 11, 2012, pursuant to 18 U.S.C. § 3145(b).

In support of said motion, counsel for defendant Ely informs the Court that the defendant is charged in a two count Indictment with violating Title 18 U.S.C. § 922(g)(1) and 924(a)(2). A detention hearing was held on May 9, 2012, in which the Magistrate found that:

    1. The nature of the charged offenses are serious and carry substantial potential penalties. The present alleged offense involves multiple firearms and raises significant concerns about the safety of the community if the Defendant is released.

    2. The weight of the evidence against the Defendant is substantial.

    3. The Defendant has a very significant criminal history including convictions for crimes of violence, firearms and drugs. Significantly, the Defendant has a long history of noncompliance with court orders for probation and parole, and of absconding from supervision. The proffered evidence is that the Defendant made a substantial effort to evade apprehension for the present offense.

4. The Court has considered available options, and finds by a preponderance of the evidence that there are no conditions or combination of conditions that may assure the Defendant's presence for future proceedings in this matter, and by clear and convincing evidence that the Defendant is a danger to the community.

5. The Court has considered and adopted the recommendations contained in the Pretrial Services Report.

## ARGUMENT

Defendant has a long history of untreated substance abuse. Counsel submits that defendant is in need of, and wants to participate in a long term in-patient treatment program. Alternatively, the defendant could reside in the Mirror, Inc. halfway house and participate in out-patient treatment while working. He has recently been offered a job doing construction/remodeling with a Derby, Kansas company.

Although defendant does have an extensive criminal history, he is desiring change in his life, in part because of a relationship he is involved in with Sarah Williams, and also because at his age, he wants to prove he can be a different person.

**CONCLUSION**

WHEREFORE, counsel for the defendant moves this Court for a hearing and review of the Nunc Pro Tunc Order Of Detention Pending Trial (Doc.12) of United States Magistrate Kenneth G. Gale, entered on May 11, 2012, pursuant to 18 U.S.C. § 3145(b).

Respectfully submitted,

s/Steven K. Gradert
STEVEN K. GRADERT
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Steve_Gradert@fd.org
KS Sup. Ct. No. 12781

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2012, I electronically filed the foregoing Motion To Review Nunc Pro Tunc Order Of Detention Pending Trial with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Debra L. Barnett
    Assistant U.S. Attorney
    301 N. Main, Suite 1200
    Wichita, KS  67202

One copy emailed to:

    Michele Madden
    Senior U.S. Probation Officer
    401 N. Market, Room 308
    Wichita, KS 67202

One copy sent U.S. mail to:

    Paul Mark Ely, II
    c/o Harvey County Jail
    P.O. Box 267
    Newton, KS 67114

                                            s/Steven K. Gradert
                                            STEVEN K. GRADERT
                                            Assistant Federal Public Defender
                                            Federal Public Defender Office
                                            301 N. Main, Suite 850
                                            Wichita, KS 67202
                                            Telephone: (316) 269-6445
                                            Fax: (316) 269-6175
                                            E-mail: Steve_Gradert@fd.org
                                            KS Sup. Ct. No. 12781