IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                              Case No. 12-10111-01

PAUL MARK ELY, II,

        Defendant.

ORDER

The court heard defendant's motion and amended motion for review of detention order (Dkt. Nos. 11, 13) on May 21, 2012. After hearing statements of counsel and other testimony, the court denied defendant's motions for reasons stated on the record and ordered him remanded to the custody of the U.S. Marshal until his next scheduled court appearance.

SO ORDERED this 21st day of May, 2012.

                                                        s/ J. Thomas Marten
                                                        J. THOMAS MARTEN, JUDGE