# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                                           **CASE NO. 12-10111-01,02-JTM**

**PAUL MARK ELY, II, and**
**SARA D. WILLIAMS,**

      **Defendants.**

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT ONE

**18 U.S.C. § 922(g)(1)**
**(Felon in Possession of a Firearm)**

That on or about April 27, 2012, in the District of Kansas, the defendant,

**PAUL MARK ELY, II,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, the defendant did knowingly possess in and affecting interstate commerce, a firearm and ammunition, that is, a Ruger, Model P95, 9mm semi-automatic handgun, s/n 31728561, with

ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## COUNT TWO

### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm)

That on or about April 27, 2012, in the District of Kansas, the defendant,

### PAUL MARK ELY, II,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, the defendant did knowingly possess in and affecting interstate commerce, a firearm and ammunition, that is, a Kel-Tech, Model P11, 9mm semi-automatic handgun, s/n APT38, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## COUNT THREE

### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm)

That on or about April 27, 2012, in the District of Kansas, the defendant,

### PAUL MARK ELY, II,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, the defendant did knowingly possess in and affecting interstate commerce, a firearm and

ammunition, that is, a Taurus .38 Special handgun, s/n MB77101, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## COUNT FOUR

**18 U.S.C. § 924(c)**
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

That on or about April 27, 2012, in the District of Kansas, the defendants,

**PAUL MARK ELY, II, and**
**SARA D. WILLIAMS,**

did knowingly possess at least one firearm, in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FIVE

**21 U.S.C. §841**
**(Possession of a Controlled Substance with Intent to Distribute)**

That on or about April 27, 2012, in the District of Kansas, the defendants,

**PAUL MARK ELY, II, and**
**SARA D. WILLIAMS,**

did unlawfully, knowingly and intentionally possess with intent to distribute fifty (50) grams and more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

### **Forfeiture Allegations**

1. The allegations contained in Counts One through Three of this Indictment are hereby alleged again and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendant,

**PAUL MARK ELY, II,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition used in the commission of the offenses, that is,

    a. a Ruger, Model P95, 9mm semi-automatic handgun, s/n 31728561;

    b. a Kel-Tech, Model P11, 9mm semi-automatic handgun, s/n APT38; and

    c. a Taurus .38 Special handgun, s/n MB77101.

## **A TRUE BILL**

| | |
|---|---|
| May 24, 2012 | /s/   Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

**It is requested that the trial be held in Wichita, Kansas**