# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|  ) | |
| **Plaintiff,** ) | Case No. 112-10111-01-JTM |
|  ) | |
| **v.** ) | |
|  ) | |
| **PAUL MARK ELY, II,** ) | |
|  ) | |
| **Defendant.** ) | |
| _____) | |

### DEFENDANT ELY'S MOTION FOR
### DISCOVERY AND INSPECTION OF EVIDENCE

COMES NOW the defendant Paul Mark Ely, II, by and through counsel, Michael D. Hepperly, and moves this Court for an Order requiring the government to produce and provide the following information pursuant to Federal Rules of Criminal Procedure 16 and 26.2, 18 U.S.C. § 3500, and the Fifth and Sixth Amendments to the Constitution of the United States:

1. All Forensic Laboratory Reports, tests and results regarding the substances seized on April 27, 2012, the substances allegedly purchased via a confidential source on or about April 23, 2012 to April 27, 2012, and any substances the government contends may be relevant conduct to the counts with which defendant Ely has been charged,   The government's Indictment charges the defendant with possession and intent to distribute a substance containing 50 grams or more of methamphetamine and the possession of a firearm in furtherance of drug trafficking.  The

government has not produced any evidence that the substance contains methamphetamine, the weight of the substance or if it contains methamphetamine, the purity of it. Documents indicate the substance was submitted for latent prints only. There has been no evidence produced that shows the substance was submitted for analysis, the weight, and the purity. This evidence is material and should be produced.

2. Any books, ledgers, papers, documents, photographs, tangible objects, building, or places and copies or portions thereof, which are within the possession, custody, or control of the government, and which are material to the preparation of the defendant's defense, or are intended for use by the government as evidence-in-chief at the trial, or were obtained from or belong to the defendant.

3. All police reports, statements, notes and criminal records regarding the confidential informants or confidential sources utilized by law enforcement in this case.

4. A written summary of testimony the government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence, relating to expert testimony and opinions of experts, during its case-in-chief at trial. The summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

Counsel for defendant Ely requested the lab test results from the government on September 14, 2012 and October 11, 2012. Counsel was advised on October 11, 2012, that the reports are not yet available.

Wherefore, defendant Ely respectfully moves the Court for an Order directing the government to produce the information set forth above.

/ / /

RESPECTFULLY submitted this 12th day of October, 2012.

        s/Michael D. Hepperly
        MICHAEL D. HEPPERLY, KSB# 09542
        Michael D. Hepperly Law Office, Chtd.
        310 W. Central, Suite 119
        Wichita, KS 67202
        Tel: (316) 267-5330
        Fax: (316) 267-6589
        Email: mhepperly@aol.com

*Attorney for Defendant Paul Mark Ely, II*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I caused to be electronically filed, the foregoing

**DEFENDANT ELY'S MOTION FOR DISCOVERY AND INSPECTION OF EVIDENCE**

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing

to the following:

    Debra L. Barnett, Office of United States Attorney
    email to: debra.barnett@usdoj.gov

    Sylvia B. Penner, Attorney for Defendant Sara D. Williams
    email to: spenner@fleeson.com

        s/Michael D. Hepperly
        MICHAEL D. HEPPERLY