IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 12-10111-01-JTM |
| ) | |
| v. ) | |
| ) | |
| PAUL MARK ELY, II, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT ELY'S MOTION TO EXCLUDE FACEBOOK PHOTOGRAPHS AND REFERENCE TO FACEBOOK ACCOUNT**

COMES NOW, the defendant, Paul Mark Ely, II, by and through his attorney of record, Michael D. Hepperly, and respectfully moves this Court for an order excluding all Facebook photographs and references to his Facebook account.

Defendant Ely is charged in a five count Indictment alleging three counts of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), one count of possession with the intent to distribute 50 grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. § 841, and one count of possession of a firearm in furtherance of drug trafficking in violation of 18 U.S.C. § 924(c).

Since his arrest in May, 2012, Mr. Ely's pretrial detention has been at Harvey County Jail. During the course of his detention, his Facebook pages have been altered. There is no evidence this was done with his knowledge and/or permission.

The prosecution advised counsel on one occasion that some of Mr. Ely's discovery from this case was posted on Mr. Ely's Facebook page. At one point, Mr. Ely's Facebook had photographs

of U.S. Currency which, along with other photographs, have disappeared from his Facebook. This is an obvious indication that other persons have access to Mr. Ely's Facebook and have added, deleted and posted photographs and data without his permission or knowledge.

Even if these photographs and data had some marginal relevance or were admissible despite Rule 404(a), they nevertheless are excusable under Rule 403. The photographs have no relevance to Mr. Ely's charges and admission of this evidence would do little more than potentially prejudice the jury against Mr. Ely and take jurors' attention away from the facts of the case which they are charged with deciding.

WHEREFORE, counsel for the defendant Paul Mark Ely, II, respectfully prays the Court enter an Order excluding all reference, photographs and information regarding Mr. Ely's Facebook account and pages.

RESPECTFULLY submitted this 12th day of October, 2012.

s/Michael D. Hepperly
MICHAEL D. HEPPERLY, KSB# 09542
Michael D. Hepperly Law Office, Chtd.
310 W. Central, Suite 119
Wichita, KS 67202
Tel: (316) 267-5330
Fax: (316) 267-6589
Email: mhepperly@aol.com
   *ATTORNEY FOR DEFENDANT*
   *Paul Mark Ely, II*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I caused to be electronically filed, the foregoing **DEFENDANT ELY'S MOTION TO EXCLUDE FACEBOOK PHOTOGRAPHS AND REFERENCE TO FACEBOOK ACCOUNT** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Debra L. Barnett, Office of United States Attorney
>email to: debra.barnett@usdoj.gov
>
>Sylvia B. Penner, Attorney for Defendant Sara D. Williams
>email to: spenner@fleeson.com

                                                  s/Michael D. Hepperly
                                                  MICHAEL D. HEPPERLY