IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-10111-01-JTM |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL MARK ELY, II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>DEFENDANT ELY'S RESPONSE TO DEFENDANT WILLIAMS'S
MOTION TO CONTINUE PRETRIAL MOTIONS, STATUS
CONFERENCE AND JURY TRIAL</u>**

COMES NOW, counsel for defendant Ely, Michael D. Hepperly, and responds to Defendant Williams's Motion To Continue Pretrial Motions, Status Conference, and Jury Trial [Doc. 52].

The trial is currently scheduled to commence November 14, 2012. Defendant Ely does not have any objection to a seven (7) day continuance for co-defendant Williams to file her pretrial motions. However, defendant Ely has been incarcerated since May, 2012 and a continuance of thirty (30) days would provide a trial date of December 11, 2012 or December 18, 2012. Counsel for defendant Ely will be in California for a trial starting December 11, 2012 and would not be able to adequately prepare for a trial commencing the following Tuesday, December 19, 2012.

Counsel for defendant Ely respectfully requests a status conference with the defendant

present in court to discuss viable options for scheduling should the court consider granting co-defendant Williams's motion to continue the jury trial.

WHEREFORE, defendant, Paul Mark Ely, II, respectfully prays for an order setting a status conference with defendant Ely present in court, when considering co-defendant William's Motion for a Continuance.

RESPECTFULLY submitted this 16th day of October, 2012.

s/Michael D. Hepperly
MICHAEL D. HEPPERLY, KSB# 09542
Michael D. Hepperly Law Office, Chtd.
310 W. Central, Suite 119
Wichita, KS 67202
Tel: (316) 267-5330
Fax: (316) 267-6589
Email: mhepperly@aol.com
  *ATTORNEY FOR DEFENDANT*
  *Paul Mark Ely, II*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2012, I caused to be electronically filed, the foregoing **DEFENDANT ELY'S RESPONSE TO DEFENDANT WILLIAMS'S MOTION TO CONTINUE PRETRIAL MOTIONS, STATUS CONFERENCE AND JURY TRIAL** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Debra L. Barnett, Office of United States Attorney
> email to: debra.barnett@usdoj.gov
>
> Sylvia B. Penner, Attorney for Defendant Sara D. Williams
> email to: spenner@fleeson.com

s/Michael D. Hepperly
MICHAEL D. HEPPERLY

3