UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | No. 12-10111-01,02 |
| | } | |
| PAUL MARK ELY, II and SARA D. WILLIAMS, | } | |
| | } | |
| Defendants. | } | |

NOTICE

TAKE NOTICE that the above-entitled case has been **set** for **status conference** on **Wednesday, October 24, 2012,** at **3:30 p.m.** at the United States Courthouse, Room 238, Wichita, Kansas, before the Honorable J. Thomas Marten. **NOTE: The defendants shall be present for the hearing.**

DATED this 17th day of October, 2012.

TIMOTHY M. O'BRIEN
Clerk of Court

By  s/ S. Smith
(3l6) 315-4306

To:  Ms. Debra Barnett
Mr. Michael Hepperly
Ms. Sylvia Penner
U.S. Marshal's Service
U.S. Probation Office